IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

SANDRA GAIL CARRIN, as the
Personal Representative of the Estate
of RAYMOND MARSHALL CARRIN,

   *Plaintiff*,

v.                                  Case No.: 4:21cv486-MW/MAF

SHAUNA MARIE SMILEDGE,
et al.,

   *Defendant.*
_____/

## ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 97. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 97, is **accepted and adopted** as this Court's opinion. The motions to dismiss, ECF Nos. 74, 75, and 80 are **DENIED** and this case is **REMANDED** to the Magistrate Judge for further proceedings.

**SO ORDERED** on May 24, 2023.

                                                    s/Mark E. Walker                
                                                    **Chief United States District Judge**